Elmer F. KELM, U. S. Collector of Internal Revenue for the District of Minnesota, Appellant, v. William R. VAN SLYKE, Jr., as Administrator c. t. a. of the Estate of William R. Van Slyke, Deceased.

No. 14804.

United States Court of Appeals
Eighth Circuit.

April 27, 1953.

George MacKinnon, U. S. Atty., and Alex Dim, Asst. U. S. Atty., Minneapolis, Minn., for appellant.

Morgan, Headley, Raudenbush & Morgan, St. Paul, Minn., for appellees.

PER CURIAM.

Appeal from District Court, 107 F.Supp. 229, dismissed without taxation of costs in favor of either of the parties in this Court, on stipulation of parties.

Frazier LEWIS v. Mary LEWIS, now Timothy et al.

No. 4546.

United States Court of Appeals
Tenth Circuit.

March 2, 1953.

Young, Young & Young, Sapulpa, Okl., for appellant.

B. H. Tabor, Checotah, Okl., Hunt & Eagleton, Tulsa, Okl., John W. Porter, Muskogee, Okl., Cyrus L. Billings, Tulsa, Okl., William C. Liedtke, Tulsa, Okl., James M. McInerney, Asst. Atty. Gen., Roger P. Marquis, and Reginald W. Barnes, Department of Justice, Washington, D. C., and Edwin Langley, U. S. Atty., and J. W. Crawford, Asst. U. S. Atty., Muskogee, Okl., for appellees.

Before PHILLIPS, Chief Judge, and KNOUS, District Judge.

PER CURIAM.

Appeal dismissed pursuant to stipulation of the parties.

S. M. MASTERS, an Individual Trading as S. M. Masters Lumber Company, Appellant, v. MASSACHUSETTS BONDING & INSURANCE COMPANY, a Corporation.

No. 14685.

United States Court of Appeals
Eighth Circuit.

May 12, 1953.

David F. Crossen, St. Louis, Mo., for appellant.

Leahy & Leahy and Fred J. L. Schuler, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed for want of prosecution, on motion of appellee.

S. M. MASTERS, an Individual Trading as S. M. Masters Lumber Company, Appellant, v. UNITED STATES of America.

No. 14684.

United States Court of Appeals
Eighth Circuit.

April 16, 1953.

Walther, Hecker, Walther & Barnard, St. Louis, Mo., for appellant.

William W. Crowdus, U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties.